1

2   **KATHLEEN E. FINNERTY (SBN 157638)**
    **MARC B. KOENIGSBERG (SBN 204265)**
3   **GREENBERG TRAURIG, LLP**
    **1201 K Street, Suite 1100**
4   **Sacramento, CA  95814-3938**
    **Telephone:  (916) 442-1111**
5   **Facsimile:  (916) 448-1709**
    **Finnertyk@gtlaw.com**
6   **Koenigsbergm@gtlaw.com**

7   **Attorneys for Defendants**
    **Tres Hermanas, Inc.; Ruben and Sonia Chaidez**
8   **Living Trust; Mian H. Haider and Norma E.**
    **Saenz Family Trust; and Mian Habib Haider**
9   **and Norma E. Saenz, as individuals and as**
    **Trustees of the Mian H. Haider and Norma E.**
10  **Saenz Family Trust**

11                  UNITED STATES DISTRICT COURT

12          FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14  JEAN RIKER,                      ) CASE NO.  2:08-CV-00663-FCD-GGH
                                     )
15        Plaintiff,                 ) **STIPULATION TO CONTINUE**
                                     ) **SETTLEMENT CONFERENCE AND**
16  v.                               ) **ORDER THEREON**
                                     )
17  TRES HERMANAS, INC.; RUBEN       )
    AND SONIA CHAIDEZ LIVING         )
18  TRUST, MIAN H. HAIDER AND        ) Judge Gregory G. Hollows
    NORMA E. SAENZ FAMILY TRUST,     )
19  AND MIAN HABIB HAIDER AND        )
    NORMA E. SAENZ, AS               ) Date for Settlement Conference:  10/24/08
20  INDIVIDUALS AND AS TRUSTEES      )
    OF THE MIAN H. HAIDER AND        ) Proposed New Date
21  NORMA E. SAENZ FAMILY TRUST;     ) for Settlement Conference:      12/12/08
    AND DOES 1-10, INCLUSIVE,        )
22                                   )
          Defendants.                )
23  _____ )

24          Plaintiff, JEAN  RIKER  and  Defendants,  TRES  HERMANAS,  INC.;  RUBEN

25  AND  SONIA  CHAIDEZ  LIVING  TRUST;  MIAN  H.  HAIDER  AND  NORMA  E.

26  SAENZ FAMILY TRUST; AND MIAN HABIB HAIDER AND NORMA A. SAENZ,

27  AS INDIVIDUALS AND AS TRUSTEES OF THE MIAN H. HAIDER AND NORMA

28  E. SAENZ FAMILY TRUST ("Defendants"), by and through their designated counsel,

    stipulate as follows:

1

2      1.      The parties are engaged in substantive settlement negotiations pertaining

3   to the injunctive relief portion of plaintiff's complaint.

4      2.      A site inspection of the premises was conducted on July 10, 2008.

5      3.      On August 20, 2008, plaintiff disclosed her expert, Jonathan Adler, and

6   produced a draft copy of his report.

7      4.      Counsel for defendants is unavailable on October 24, 2008 to participate

8   in the settlement conference, and counsel for plaintiff has agreed to a continuance.

9      5.      The parties request the Court to continue the Settlement Conference from

10   October 24, 2008 to December 12, 2008, at 9:00 a.m.

11   DATED: _____, 2008          LAW OFFICES OF PAUL REIN

12

13                                         By:_____

14                                              PAUL REIN
                                                Attorney for Plaintiff
15

16   DATED: _____, 2008          GREENBERG TRAURIG, LLP

17

18                                         By:_____

19                                              KATHLEEN E. FINNERTY
                                                MARC B. KOENIGSBERG
20                                              Attorney for Defendants

21

22                                   **<u>ORDER</u>**

      Good cause appearing, the request of the parties to continue the Settlement
23
   Conference is GRANTED.  The Settlement Conference is continued to December 12,
24
   2008, at 9:00 a.m.
25
      **IT IS SO ORDERED.**
26

27   Dated: 10/16/08                 /s/ Gregory G. Hollows
                                        Magistrate Judge
28

   Riker.ord

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND [PROPOSED] ORDER THEREON
SAC 441,313,328v1 10-8-08